UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MCKENZIE DANIELS,<br><br>Plaintiff,<br><br>v.<br><br>POSTMASTER GENERAL MEGAN J. BRENNAN,<br><br>Defendant. | No. CV 14-06731 JFW (PJWx)<br><br>**DEFENDANT'S JOINT JUDGMENT; DECLARATION OF ERIKA JOHNSON-BROOKS** |

The Court having considered the pleadings and evidence presented, and in accordance with the Statement of Decision entered herein,

///

///

Having considered the Motion for Summary Judgment of defendant Megan J. Brennan, Postmaster General of the United States Postal Service ("Defendant"), the pleadings, and evidence presented in support of, and in opposition to the Motion, and in accordance with the Statement of Decision entered herein (Dkt. No. 52-1),

1. IT IS HEREBY ADJUDGED AND DECREED that Defendant's Motion for Summary Judgment be granted and judgment is hereby entered in favor of Defendant.
2. Plaintiff's request to deny or defer this decision pursuant to Rule 56(d) of the Federal Rules of Civil Procedure is denied.
3. Defendant is awarded costs as the prevailing party in this action.

DATED: November 8, 2017

_____
HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE